UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 25-MJ-00097 |
| v. | |
| ANGELO HARRIS | VIOLATIONS: |
| Defendant. | 18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery) |
| | FORFEITURE: 18 U.S.C. §§ 924(d) and 981(a)(1)(C), 21 U.S.C. §§ 853(a) and (p), and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 29, 2025, within the District of Columbia and elsewhere, **ANGELO HARRIS** and an individual unknown to the Grand Jury did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ANGELO HARRIS** and an individual unknown to the Grand Jury did unlawfully take and obtain, and attempt to take and obtain, property consisting of cash and an electronic box from Mac's Tire Services located at 423 Florida Avenue NE, Washington, DC, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and

future, to their persons, while the employees were engaged in commercial activities as employees of Mac's Tire Services, a business that was engaged in and that affects interstate commerce.

**(Interference with Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **ANGELO HARRIS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. Upon conviction of any of the offenses listed in Count One of this Indictment, the defendant, **ANGELO HARRIS**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

>    (**Criminal Forfeiture**, pursuant to Title 18, United States Code,, Sections 924(d) and 981(a)(1)(C), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c)).

A TRUE BILL:


FOREPERSON.


JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By: *[signature: Gauri Gopal]*
GAURI GOPAL
ASSISTANT UNITED STATES ATTORNEY

3